FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DIANA G.,

Plaintiff,

v.

FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No. 2:26-CV-00149-ACE

ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

**ECF Nos. 14 & 12**

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 14. Attorney Chad L. Hatfield represents Plaintiff; Special Assistant United States Attorney Melissa A. DelGuercio represents Defendant. After considering the file and proposed order, **IT IS ORDERED:**

1. The parties' Stipulated Motion for Remand, **ECF No. 14**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). The Appeals Council will remand the case to an Administrative Law Judge to (1) offer the claimant an opportunity for a hearing;

(2) reevaluate the medical evidence; (3) reevaluate Plaintiff's residual functional capacity; (4) take any further action needed to complete the administrative record; and (5) issue a new decision.

2. **Judgment shall be entered for PLAINTIFF**.

3. Plaintiff's Opening Brief, **ECF No. 12**, is **STRICKEN AS MOOT**.

4. An application for attorney fees and costs may be filed by separate motion.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED August 20, 2026.

ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE